RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH WARREN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>PATELCO CREDIT UNION,<br><br>Defendant. | Case No. 3:24-cv-04036<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Josh Warren ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") against Defendant Patelco Credit Union without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: July 24, 2024

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ Rachele R. Byrd
　　　RACHELE R. BYRD

RACHELE R. BYRD
ALEX J. TRAMONTANO
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff and the Proposed Class*